1  Sherry L. Swieca (SBN 198700)
   Jaclyn P. Floryan (SBN 266461)
2  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   Tel:  (213) 689-0404
4  Fax:  (213) 689-0430
   swiecas@jacksonlewis.com
5  Jaclyn.floryan@jacksonlewis.com

6  Attorneys for Defendant
   GERARD DANIEL WORLDWIDE, INC.
7  (also erroneously sued as GERARD DANIEL & CO., INC.)

8

9  Alan J. Leahy, Esq.
   THE LEAHY LAW FIRM, APC
10 415 W. Foothill Boulevard, Suite 208
   Claremont, CA  91711
11 Telephone:  (909) 625-4000
   Facsimile : (909) 625-4001
12 aleahy@leahylegal.net

13 Attorneys for Plaintiff
   JOSHUA SALAZAR

14                    UNITED STATES DISTRICT COURT

15                    CENTRAL DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  JOSHUA SALAZAR, an individual, | **CASE NO.: 5:16-cv-00641-R-KK** |
| 18          Plaintiff, | |
| 19       vs. | **PROTECTIVE ORDER PRECLUDING DISCLOSURE OF CONFIDENTIAL AND/OR PROPRIETARY INFORMATION** |
| 20  GERARD DANIEL & CO., INC., a Delaware corporation; GERARD DANIEL WORLDWIDE, INC. and DOES 1 through 20, Inclusive, | |
| 21 | |
| 22 | |
| 23          Defendants | Complaint Filed:   March 11, 2016 |

**ORDER**

Having reviewed the Stipulated Protective Order (Dckt No.11), and for good cause shown, the Court hereby makes the Stipulated Protective Order an Order of the Court.

IT SO ORDERED.

Dated:      July 19, 2016

_____
Hon. Manuel L. Real
United States District Court Judge

4821-6177-5924, v. 1