1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9      **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11   JOSHUA SALAZAR, an individual,          Case No.:  5:16-cv-00641-R-KK

12              Plaintiff,                    **JUDGMENT IN FAVOR OF
                                              DEFENDANT GERARD DANIEL
13         vs.                                WORLDWIDE, INC. AGAINST
                                              PLAINTIFF JOSHUA SALAZAR**
14   GERARD DANIEL & CO., INC.,
     a Delaware corporation; GERARD          **[F.R.C.P. Rule 56]**
15   DANIEL WORLDWIDE, INC. and
     DOES 1 through 20, Inclusive,           [Filed concurrently with Notice of Motion
16                                           and Motion; Memorandum of Points and
                Defendants.                  Authorities; Statement of Uncontroverted
17                                           Facts and Conclusions of Law, Declaration
                                             and Exhibits in Support Thereof;
18                                           [Proposed] Judgment]; and [Proposed]
                                             Order
19
20                                           Date:            November 7, 2016
                                             Time:            10:00 a.m.
21                                           Courtroom:       8

22                                           Complaint filed:   March 11, 2016

23          This action came on for hearing before the court on November 7, 2016, the

24   Honorable Manuel Real, District Judge presiding, on the Motion for Summary Judgment

25   of Defendant Gerard Daniel Worldwide, Inc. ("Defendant") against Plaintiff Joshua

26   Salazar ("Plaintiff").  The evidence presented having been fully considered, the issues

27   duly heard and a decision duly rendered.

28   ///

                                             1

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Gerard Daniel Worldwide, Inc. against Plaintiff Joshua Salazar and Defendant is entitled to its taxable costs incurred in defense of the action.

Dated: November 21, 2016

_____

HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE

4826-9041-2858, v. 1

CASE NO.:  5:16-cv-00641-R-KK

JUDGMENT IN FAVOR OF DEFENDANT GERARD
DANIEL WORLDWIDE, INC. AGAINST PLAINTIFF
JOSHUA SALAZAR