# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SALAZAR, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GERARD DANIEL & CO., INC.,<br>a Delaware corporation; GERARD<br>DANIEL WORLDWIDE, INC. and<br>DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 5:16-cv-00641-R-KK<br><br>**AMENDED JUDGMENT IN FAVOR OF DEFENDANT GERARD DANIEL WORLDWIDE, INC. AGAINST PLAINTIFF JOSHUA SALAZAR**<br><br>**[F.R.C.P. Rule 56]** |

On November 8, 2016, the Court granted the motion for summary judgment by Defendant Gerard Daniel Worldwide, Inc. ("Defendant") against Plaintiff Joshua Salazar ("Plaintiff"). (Dkt. No. 49.) Judgment entered on November 11, 2016 (Dkt. No. 51), and Plaintiff timely appealed on December 8, 2016. (Dkt. No. 53.)

On June 15, 2017, the Court notified the parties that the Court's November 8, 2016 Order granting Defendant's motion for summary judgment was issued in error, and asked that Plaintiff "to file for leave to amend the Court's Order with the Ninth Circuit pursuant to Fed.R.Civ.P. 60(a)." (Dkt. No. 58.)

On July 27, 2017, the Ninth Circuit issued a remand "for the limited purpose of enabling the district court to file a corrected order pursuant to Federal Rule of Civil

Procedure 60(a)." (Dkt. No. 58.) The Court issued its corrected order the same day. (Dkt. No. 60.)

Accordingly, **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Gerard Daniel Worldwide, Inc. against Plaintiff Joshua Salazar and Defendant is entitled to its taxable costs incurred in defense of the action.

Dated: August 3, 2017

_____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

2
CASE NO.: 5:16-cv-00641-R-KK      AMENDED JUDGMENT IN FAVOR OF DEFENDANT
GERARD DANIEL WORLDWIDE, INC. AGAINST
PLAINTIFF JOSHUA SALAZAR