# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SALAZAR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GERARD DANIEL & CO., INC., a Delaware corporation; GERARD DANIEL WORLDWIDE, INC. and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: 5:16-cv-00641-R-KK<br><br>**JUDGMENT IN FAVOR OF DEFENDANT GERARD DANIEL WORLDWIDE, INC. AGAINST PLAINTIFF JOSHUA SALAZAR** |

The parties' filed cross-motions for summary judgment noticed for hearing on December 17, 2019. The court took the matter under submission on the papers and vacated the hearing. The evidence presented having been fully considered, the issues duly heard, and a decision duly rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Gerard Daniel Worldwide, Inc. against Plaintiff Joshua Salazar, and Defendant is entitled to its taxable costs incurred in defense of the action.

Dated: February 19, 2019

_____
HONORABLE MANUEL REAL
UNITED STATES DISTRICT COURT JUDGE